**United States District Court** 
*Western District of Washington*

UNITED STATES OF AMERICA,
vs.
**CONNOR DUANE GOODMAN**

**APPEARANCE BOND**
CASE No: MJ22-005

I understand that I may be released from custody, pending further proceedings in this case, on the conditions marked below:

- **Court Appearances**.  I must appear in court at the United States Courthouse, 25 South Third Street, Yakima, WA 98901-2742 ; *Courtroom: AS DIRECTED*, on AS DIRECTED and at all other hearings in this case, including turning myself in to begin serving a sentence, should that occasion arise.  **I UNDERSTAND THAT A WILLFUL FAILURE TO APPEAR IN COURT AT A TIME SET FOR HEARING IS A SEPARATE CRIMINAL OFFENSE, PUNISHABLE BY UP TO 10 YEARS IMPRISONMENT AND A FINE OF $250,000.**
- **No Law Violations.**  I must not commit a federal, state, or local crime during the period of release.  I understand that if I commit a felony while on release, my sentence can be increased by a maximum of ten years.  If I commit a misdemeanor while on release, my sentence can be increased by a maximum of one year.  These sentences would be consecutive to all other applicable sentences.
- **DNA Testing.**  I must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.
- **No Controlled Substances.**  I must not use, consume or possess any controlled substances, including medication, unless prescribed by a physician and approved in advance by the Pretrial Services Officer.
- **Address.**  I must furnish my attorney, and/or Pretrial Services if supervised, with my current address and telephone number (if any) where I will reside upon release and where I will receive any notices of hearing dates.  I must report any changes in that address or telephone number to my attorney, and/or Pretrial Services if supervised, within one business day.
- **Restrictions on Travel.**  I must not travel outside the Continental United States or as directed by Pretrial Services
- **Victim and Witness Protection.**  I must not harass, threaten, intimidate, tamper with, improperly influence, or injure the person or property of witnesses, jurors, informants, victims of crime, judicial officers, or other persons related to official proceedings before the Court, in violation of 18 U.S.C. § 1503, 1512, and 1513.
- Pretrial Supervision.  I am subject to Pretrial Services supervision by the Pretrial Services Office of the Court and must abide by such of the general and special conditions of release as that office shall impose.  I must report to the Office of Pretrial Services, (206) 370-8550, United States Courthouse, 700 Stewart Street, Seattle, Washington within 24 hours of my release unless released during a weekend or on a holiday in which case I must report at 9:00 a.m. the following court day.

**OTHER SPECIAL CONDITIONS:**
- You are prohibited from possessing or having access to firearms and dangerous weapons. All firearms and dangerous weapons must be removed from your residence(s), vehicle(s), and place of employment. This condition operates in conjunction with any restrictions imposed under Title 18, USC 922, and the Washington State Revised Code, Chapter 9.41.
- You shall not have direct contact or indirect contact with any existing and/or future co-defendant(s) in this case.
- The defendant shall abide by all federal, state, and local directives regarding the COVID-19 pandemic.
- The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant is restricted to his/her residence at all times except for employment, religious services, medical, legal reasons, or as otherwise approved by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist. **The location monitoring specialist will coordinate the defendant's release with the U.S. Marshals.**
- Release on third-party custody to:  Nancy Goodman
- Travel is restricted to Western District of Washington and Eastern District of Washington for legal purposes only, or as directed by Pretrial Services.

CONNOR DUANE GOODMAN                                                                                              MJ22-005

**AGREEMENT BY DEFENDANT:** I understand and agree to comply with every condition marked above, and I understand that if I fail to comply with any conditions of my release, the Court will immediately issue a warrant for my arrest, and I will be subject to a revocation of release, an order of detention, and prosecution for contempt of court. I understand this appearance bond remains in effect during any proceeding on appeal or review.

| **X/s/ Conner Goodman** | **January 7, 2022** | **Seattle, WA** |
|---|---|---|
| Signature | Date Signed | City, State |

## ORDER OF RELEASE

It is therefore ORDERED:
(1) Defendant shall comply with all conditions of this Appearance Bond;
(2) Defendant shall be released from custody and shall remain at liberty so long as he or she complies with the provisions of this Appearance Bond, or until further order of the Court.

**January 7, 2022**
Date Signed

S. Kate Vaughan
UNITED STATES MAGISTRATE JUDGE

*cc: Defendant, Defense Counsel, U.S. Attorney, U.S. Marshal, Pretrial Services*